# United States Bankruptcy Court
# Central District Of California

3420 Twelfth Street, Riverside, CA 92501–3819

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Roberto Jimenez Lopez
aka Roberto Lopez, aka Roberto L. Jimenez

**BANKRUPTCY NO.**  6:11–bk–18261–WJ

**CHAPTER**  13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**  xxx–xx–3297
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 4/28/11

**JOINT DEBTOR INFORMATION:**
Emilia Jimenez
aka Emilia Cortez

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–6151
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Joint Debtor Dismissal Date:**  4/28/11

**Address:**
530 W. First Street
Rialto, CA 92376

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1) debtor's bankruptcy case is dismissed; and

(2) the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

Dated: April 28, 2011

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form od13a VAN–150) Rev. 03/09

**23 / MAL**